UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SONOMA,<br>　　　　Plaintiff,<br>　　v.<br>BENJAMIN PHILIP DIAZ CANNON,<br>　　　　Defendant. | Case No. 18-cv-01419-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 2, 6, 13 |

The Court has reviewed Judge Sallie Kim's Report and Recommendation Re: Remand and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the Motion to Remand is GRANTED, and the case is remanded to Sonoma County Superior Court.

**IT IS SO ORDERED.**

Dated: May 17, 2018

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SONOMA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN PHILIP DIAZ CANNON,<br><br>    Defendant. | Case No. 18-cv-01419-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on May 17, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin Philip Diaz Cannon
The Offices of Benjamin PD Cannon
4104 24th Street, Suite 403
San Francisco, CA 94114

Dated: May 17, 2018

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Kristen Melen, Deputy Clerk to the
                                                Honorable VINCE CHHABRIA